IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROY A. DAY,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 15-cv-140-jdp

SPECTRUM BRANDS HOLDINGS, INC. and
DAVID R. LUMLEY,

    Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief can be granted.

    /s/                                                        10/19/2015

Peter Oppeneer, Clerk of Court                       Date