IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY A. DAY,
    Plaintiff-Appellant

VS.

SPECTRUM BRANDS HOLDINGS, INC.,
DAVID R. LUMLEY,
    Defendants-Appellees

C.A. No. 15-CV-140-JPD

## I.   PLAINTIFF-APPELLANT'S NOTICE OF APPEAL

**RE: NOTE - THIS DOCUMENT IS PRINTED ON THE FRONT AND BACK OF THE PAPER[1]**

Notice is hereby given that Roy A. Day, the Appellant-Plaintiff, hereby appeals the order dated October 19, 2015 entered by U.S. District Judge James D. Peterson.

DATED: October 29, 2015.

Respectfully submitted,

/s/ Roy A. Day

Roy A. Day
P.O. Box 33
Tarpon Springs, Florida
USA     34688-0033

---

[1] PLEASE NOTE: Pursuant to the Federal Paper Reduction Act, and the Federal, and the various States, Environmental Protection Acts, this document is printed on the front and back of the paper.

( Page 1 of 3 ) ( OCTOBER 29, 2015 ) (DOC: CASE NO. 15-CV-140-JDP: NOA )

BY: /s/ Roy A. Day (I.D. NO. ???-??-2452)

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA            34688-0033
TELEPHONE: 727-6428636
EMAIL: royaday@hotmail.com
Citizen-Attorney for Plaintiff Roy A. Day

NOTE: NOT Filed electronically since Judge Peterson denied Plaintiff PACER access: CM/ECF.

**CONTACT INFORMATION**:

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA            34688-0033

---

**VOICE**: (PRIMARY: 727-6428636)

---

**FAX, and VOICE**: 206-4951708

---

**MOBILE DEVICE– TEXT MESSAGE (NO EMAIL TEXT MESSAGE): 727-6428636**

---

**EMAIL ADDRESS and MOBILE Pocket PC address**:   royaday@hotmail.com

---

**ROY A. DAY'S "DRONE-TARGET-PACKAGE-DELIVERY-ADDRESS-LOCATION" ("DTPDAL")**:

(A)   (DECIMAL DEGREES: LATITUDE: 28.143° NORTH; LONGITUDE: -82.7425° WEST);

(B)   (MINUTES AND SECONDS DEGREES: LATITUDE: 28-08"35' NORTH; LONGITUDE: 082-44"33' WEST).

---

**CERTIFICATE OF SERVICE**

DOC. NO
REC'D/FILED
2015 NOV -2 PM 11: 25
PETER OPPENEER
CLERK US DIST COURT

I hereby certify that on October 29, 2015, 2015, I electronically (Plaintiff was denied this right) filed the foregoing with the Clerk of the Court using the CM/ECF system (Plaintiff denied – sent via "snail-mail"), which will send notification of such filing to Mr. Peter M. Farb, who is registered on the CM/ECF system at the following e-mail address: peter.farb@libertymutual.com. In lieu of: I hereby certify that a true and correct copy of the above and foregoing response has been forwarded to Mr. Peter M. Farb, Law Offices of Thomas P. Stilp, 11800 West Park Place, Ste. 210, P.O. Box 245023, Milwaukee, Wisconsin 53224-9523, on this 29th day of October, 2015, via first class mail (sent via email as an attachment).

/s/ Roy A. Day

Roy A. Day

( Page.3 of 3 ) ( OCTOBER 29, 2015 ) (DOC: CASE NO. 15-CV-140-JDP: NOA )